AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

Doniele Smith, et al, and Brandy Hill, et al.
*Plaintiff*
v.
Hillstone Healthcare, Inc.
*Defendant*

Civil Action No. 2:17-cv-1075

Related Case: 2:19-cv-1031

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ For the reasons stated above, the parties' motion captioned, "Joint Motion for Order Approving FLSA Collective Action Settlement" (ECF No. 99) is GRANTED in part and as amended by this Order. The amount of the Settlement with the Plaintiff class is approved. The parties are instructed to amend the Settlement to reflect the Court's award of $129,095 in attorneys' fees and $16,267.33 in costs.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____ .

Date: 08/07/2020

CLERK OF COURT

*Signature of Clerk or Deputy*